IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC HOSEY, #193503, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )  CASE NO. 2:13-cv-0838-MEF |
| | )             WO |
| CHRISTOPHER GORDY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on January 2, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) entered on December 19, 2013 is adopted;

3. Plaintiff's motion for preliminary injunction (Doc. #1) is DENIED.

DONE this the 19th day of February, 2014.

                                                            /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE