IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC HOSEY-BEY, #193 503, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-838-WKW |
| | ) [WO] |
| CHRISTOPHER GORDY, | ) |
| Warden, individually and in his | ) |
| official capacity, | ) |
| | ) |
| ALTHEA TOWNSON, Lt., | ) |
| individually and in her official | ) |
| capacity, and | ) |
| | ) |
| LEWIS HULETT, Lt., | ) |
| individually and in his official | ) |
| capacity, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On February 22, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED:

    1.    The Recommendation (Doc. # 27) is ADOPTED.

2. Defendants' motion for summary judgment (Doc. # 20) is GRANTED.

3. Plaintiff Eric Hosey-Bey's claims against Defendants Christopher Gordy, Althea Townson, and Lewis Hulett are DISMISSED with prejudice.

4. This case is DISMISSED.

5. Costs are TAXED against the Plaintiff, for which execution may issue.

Final judgment will be entered separately.

DONE this 24th day of March, 2017.

          /s/ W. Keith Watkins
         CHIEF UNITED STATES DISTRICT JUDGE